UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT LEE CURRY, #317329, )<br>    Plaintiff, )<br>)<br>-v- )<br>)<br>JEFFREY WOODS, )<br>    Defendant. )<br>) | No. 1:17-cv-64<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the order entered on this date (ECF No. 16), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: December 20, 2019         /s/ Paul L. Maloney
                                Paul L. Maloney
                                United States District Judge